

# THE ATTORNEY GENERAL

## OF TEXAS

AUSTIN, TEXAS 78711

CRAWFORD C. MARTIN
ATTORNEY GENERAL

April 22, 1970

Hon. Jess M. Irwin, Jr.
Commissioner, Texas Rehabilitation
  Commission
Medical Park Tower
1301 West 38th Street
Austin, Texas  78705

Opinion No. M- 617

Re:  Authority of the Com-
     missioner to execute
     a contract with the
     Secretary of Health,
     Education and Welfare
     to carry out the pro-
     visions of Section 221
     of the Social Security
     Act, and related ques-
     tions.

Dear Mr. Irwin:

        Your request for an opinion on the above subject matter
asks the following questions concerning a new agreement to replace
a prior agreement entered into by the Texas Central Education
Agency, namely whether:

        "(1)  I, as Commissioner of the Commis-
    sion for Rehabilitation, am the proper State
    official to execute the agreement;

        "(2)  the Commission for Rehabilitation
    is the legal successor to all functions, duties,
    and responsibilities of the Division of Vo-
    cational Rehabilitation and the Division of
    Disability Determination of the Central Edu-
    cation Agency; and

        "(3)  the Commission for Rehabilitation
    is empowered to act on behalf of the State of
    Texas and enter an agreement with the Secretary
    of Health, Education, and Welfare to carry out
    provisions of Section 221 of the Social Security
    Act as set forth in said agreement."

        You state in your request that these questions arise
for the reason that it is necessary to enter into a new agreement

-2950-

with the Secretary of Health, Education and Welfare to replace
the agreement between the Secretary of Health, Education and
Welfare and the Texas Central Education Agency since the Legis-
lature has created the Commission for Rehabilitation to take the
place of the former Division of Vocational Rehabilitation and
the Division of Disability Determination of the Central Education
Agency. You further state that Mr. Paul E. Webb, Assistant Director,
Bureau of Disability Insurance, Social Security Administration, has
stated that prior to approval of agreements to carry out the pro-
visions of Section 221 of the Social Security Act, it will be
necessary to obtain an opinion from this office on the above
quoted questions.

The Commission for Rehabilitation was created by the
Legislature by the enactment of Senate Bill 110, Acts 61st Legis-
lature, Regular Session, Chapter 40, page 103 (Art. 26751. V.C.S.)
Section 13 reads as follows:

"All functions of the Division of Vo-
cational Rehabilitation and the Division of
Disability Determination of the Central Edu-
cation Agency, together with all personnel,
property, records, and unexpended balances
of appropriations, allocations, and other
funds available or to be made available are
hereby transferred to the agency on September
1, 1969. Wherever under existing statutes,
duties, obligations, and responsibilities are
placed upon the Division of Vocational Re-
habilitation or the Division of Disability
Determination of the Central Education Agency
or duties, obligations, and responsibilities
relating to vocational rehabilitation of the
handicapped individual are imposed upon the
State Board for Vocational Education, such
duties, obligations and responsibilities shall
hereafter be assumed and carried out by the
commission. All contracts and agreements be-
tween the Central Education Agency and the
Social Security Administration relating to the
activities of the Division of Vocational Re-
habilitation and the Division of Disability
Determination of the Central Education Agency
shall be continued for the benefit of the
commission."

In view of the above quoted provisions, you are advised that the Commission for Rehabilitation is the legal successor to all functions, duties and responsibilities of the former Division of Vocational Rehabilitation and the Division of Disability Determination of the Central Education Agency.

Subdivision (a) of Section 5 of Senate Bill 110, supra, provides:

> "(a)  This Act shall be administered by the Commissioner under operational policies established by the Board.  The Commissioner shall be appointed by the Board on the basis of his education, training, experience, and demonstrated ability.  He shall serve at the pleasure of the Board.  He shall be secretary to the Board, as well as chief administrative officer of the agency."

See also Section 6 of Senate Bill 110.

You are therefore advised that the Commissioner is the proper officer to execute agreements on behalf of the Commission for Rehabilitation in carrying out the provisions of Senate Bill 110, supra.

The agreement submitted with your request is substantially identical with the agreement previously entered into by the Central Education Agency for the purpose of carrying out the provisions of Section 221 of the Social Security Act.  The Commission for Rehabilitation is the legal successor to all functions, duties and responsibilities of the Division of Vocational Rehabilitation and the Division of Disability Determination of the Central Education Agency; and you are advised that the Commissioner is empowered to act on behalf of the State of Texas and enter into an agreement with the Secretary of Health, Education and Welfare to carry out the provisions of Section 221 of the Social Security Act as set forth in the agreement and is the proper State official to execute the agreement.

## S U M M A R Y

The Commission for Rehabilitation created by the provisions of Senate Bill 110, Acts 1969, 61st Legislature, Regular Session, Chapter 40, page 103 (Art. 2675l, V.C.S.) is the legal successor to all functions, duties and responsibilities

of the Division of Vocational Rehabilitation and the Division of Disability Determination of the Central Education Agency; and the Commissioner of the Commission for Rehabilitation is the proper State official empowered to execute an agreement on behalf of the State of Texas with the Secretary of Health, Education and Welfare to carry out the provisions of Section 221 of the Social Security Act to replace a prior agreement entered into by the Central Education Agency.

Very truly yours,

CRAWFORD C. MARTIN
Attorney General of Texas

Prepared by John Reeves
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

Kerns Taylor, Chairman
W. E. Allen, Acting Co-Chairman
Austin Bray
Glenn Brown
Sarah E. Phillips
Ed Esquivel

MEADE F. GRIFFIN
Staff Legal Assistant

ALFRED WALKER
Executive Assistant

NOLA WHITE
First Assistant